UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

VICTORIA MOBLEY

VS.                                                        Case no. 3:23CV378-BJD-JBT

FOURTH CIRCUIT COURT

JUDGE WILLIAM COLLINS COOPER

COMPLAINT

1.

PLAINTIFF, VICTORIA MOBLEY, A RESIDENT OF DUVAL COUNTY, FLORIDA DOES BUSINESS AT AND RECEIVES MAIL AT 1601-1 NORTH MAIN STREET #13214 JACKSONVILLE, FLORIDA 32206, AND SHE IS SUBJECT TO JURISDICTION AND VENUE OF THIS HONORABLE COURT.

2.

DEFENDANT, FOURTH CIRCUIT COURT JUDGE WILLIAM COLLINS COOPER, WORKS AT AND RECEIVES MAIL AT 501 WEST ADAMS STREET SUITE #736 JACKSONVILLE, FLORIDA 32202, AND IS SUBJECT TO JURISDICTION AND VENUE OF THIS HONORABLE COURT.

3.

COMES NOW PLAINTIFF, AND STATES THIS: HER COMPLAINT AS FOLLOWS TO WIT:

THIS COURT IS EMPOWERED TO HEAR AND TRY THIS CASE AS IT CLEARLY INVOLVES SEVERAL CONSTITUTIONAL RIGHTS VIOLATIONS AND THEY ARE PROTECTED UNDER TITLE 28 USC 1331.

ON APRIL 26, 2022 DEFENDANT AUTHORIZED THE ILLEGAL REMOVAL OF MY SON THAT TOOK PLACE ONE DAY PRIOR WHICH WAS AGAINST PROPER PROCEDURE. DEFENDANT REFUSES TO HONOR MY CONSTITUTIONAL RIGHTS.

FOR MONTHS, MY SON HAS SHOWN NON-VERBAL SIGNS THAT SUGGEST ABUSE HE HAS BEEN SUBJECT TO AT THE HANDS OF THE HOUSEHOLD MEMBERS WHERE HE CURRENTLY RESIDES AT. THE ABUSE INVOLVES: MOLESTATION, POSSIBLE RAPE, AND POSSIBLY BEING DRUGGED. DEFENDANT REFUSES TO LISTEN TO WHAT I HAVE TO SAY ABOUT MY SON.

DURING A PRIOR HEARING I CHOSE TO FIRE MY FORMER ATTORNEY, ROBERT KEEP, JR., AND THE DEFENDANT TOLD ME THAT I COULD NOT FIRE MY ATTORNEY BECAUSE "THIS IS NOT DRIVE-THROUGH 202".

DUE TO THE DEFENDANT'S RECKLESS BEHAVIOR MY SON HAS BEEN ABUSED AT THE HANDS OF THE HOUSEHOLD MEMBERS THAT THE DEPARTMENT OF CHILDREN AND FAMILIES HAS DESIGNATED AS CAREGIVERS DESPITE MY NUMEROUS STATEMENTS AND REPORTS.

THERE WAS NO REASON FOR MY SON TO BE REMOVED FROM MY CARE, AND THE PROCEDURE TO REMOVE A CHILD IS TO HAVE A HEARING FIRST TO SEE IF THERE IS CAUSE TO REMOVE A CHILD. THEN REMOVE THE CHILD. IN MY CASE, MY SON WAS REMOVED BEFORE ANY SUCH HEARING TOOK PLACE. THUS, THE REMOVAL OF MY SON WAS ILLEGAL.

THE RELIEF THAT I ASK FROM THE COURT IS:

(1) AN ORDER MANDATING DEFENDANT TO RETURN MY CHILD TO ME IMMEDIATELY
(2) $500,000.00 IN PUNITIVE DAMAGES FOR UNDUE STRESS CAUSED BY DEFENDANT
(3) CRIMINAL CHARGES BE FILED AGAINST DEFENDANT FOR CRIMINAL FACILITATION TO LEVEL 9 KIDNAPPING, CRIMINAL FACILITATION TO CAPITAL SEXUAL BATTERY TO A MINOR CHILD, CRIMINAL FACILITATION TO RECKLESS ENDANGERMENT OF A MINOR CHILD, CRIMINAL FACILITATION OF DOUBLE JEOPARDY, AS WELL AS CRIMINAL FACILITATION TO HUMAN TRAFFICKING.

## STATEMENT OF ACTION TO SHOW CAUSE

PLAINTIFF IS ENTITLED TO RELIEF ON THE FOLLOWING GROUNDS:

(1) DEFENDANT'S BAD BEHAVIOR INCLUDED ALLOWING THIS CASE TO TAKE PLACE EVEN THOUGH IT HAD ALREADY BEEN DISPOSED OF ONCE IN FAMILY COURT. THIS IS DOUBLE JEOPARDY WHICH VIOLATES THE FIFTH AMENDMENT OF THE UNITED STATES CONSTITUTION.
(2) DUE TO THESE CRIMES BEING CAPITAL ONES, THE DEFENDANT SHOULD BE CHARGED IN CRIMINAL COURT FOR CRIMINAL FACILIATION AND BE REMOVED FROM HIS JOB PURSUANT TO ARTICLE 3 SECTION 2 AS THIS DEFENDANT'S BEHAVIOR WAS BAD.
(3) DEFENDANT WAIVED HIS RIGHT TO IMMUNITY WHEN HE FIRST FAILED TO FOLLOW PROCEDURE. IN FAILING TO FOLLOW PROCEDURE DEFENDANT VIOLATED THE FIFTH AMENDMENT, ARTICLE 3 SECTION 2, THE OATH THAT HE SWORE TO UPHOLD THE LAW, AND THE JUDICIAL CODE OF CONDUCT.